No. 11-7576. **Wayne Carr, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1061, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 46.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7577. **Wayland Thomas Wilson, Petitioner v. Keith Roy, Warden.**

565 U.S. 1135, 132 S. Ct. 1062, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 169.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 643 F.3d 433.

No. 11-7582. **Adalberto Santiago, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1062, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 124.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 643 F.3d 1007.

No. 11-7592. **Isiah Ambo, aka Isiah Ambos, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1063, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 86.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 430 Fed. Appx. 272.

No. 11-7593. **Jesse Morales, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1063, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 103.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 883.

No. 11-7594. **Harold D. Price, Petitioner v. United States.**

565 U.S. 1135, 132 S. Ct. 1063, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 41.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-7595. **David Henry, Petitioner v. New Jersey.**

565 U.S. 1135, 132 S. Ct. 1063, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 468.

January 9, 2012. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

No. 11-7598. **Pedro Vazquez, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1063, 181 L. Ed. 2d 779, 2012 U.S. LEXIS 482.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 449 Fed. Appx. 96.